UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br><br> V. <br><br> MICHAEL DESHAWN GLOVER, <br>     Defendant. | CRIMINAL NO. 5:19-5-KKC <br><br> **ORDER** |

\*\*\* \*\*\* \*\*\*

This matter was referred to the Magistrate Judge for the purposes of conducting rearraignment proceedings for the above Defendant. The Magistrate Judge has filed a Recommendation that the Court accept the Defendant's guilty plea and that the defendant be adjudged guilty of Count 1 of the Indictment. (DE 28 at 2.) No objections have been filed and, having reviewed the record, the Court finds that the Magistrate Judge satisfied all requirements of Federal Rule of Criminal Procedure 11 and the United States Constitution.

Accordingly, the Court hereby **ADOPTS** the Magistrate Judge's Recommendation. The Court **ACCEPTS** the Defendant's plea of guilty and enters a finding of guilty for the Defendant as to Count 1 of the Indictment.

Dated June 26, 2019.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY